IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

United States District Court
Southern District of Texas
**ENTERED**
August 07, 2019
David J. Bradley, Clerk

| | |
|---|---|
| JOHN JIMENEZ, § § Petitioner, § VS. § THE STATE OF TEXAS, THE 347TH § DISTRICT COURT, *et al*, § § Respondents. § | CIVIL NO. 2:19-CV-41 |

## ORDER

The Court is in receipt of Respondents' Motion to Dismiss, Dkt. No. 11, and the Magistrate Judge's Memorandum and Recommendation ("M&R"), Dkt. No. 12. No objections were filed.

After independently reviewing the filings, the record, and applicable law, the Court **ADOPTS** the M&R, Dkt. No. 12. The Court therefore **GRANTS** Respondents' Motion to Dismiss, Dkt. No. 11, and **DISMISSES AS MOOT** Petitioner's application for habeas corpus relief.

The Court **DIRECTS** the Clerk to close the case.

SIGNED this 7th day of August, 2019.

_____
Hilda Tagle
Senior United States District Judge